# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**PLAYA MAREL, P.M., S.A., et al.,**

                    **Plaintiffs,**

-vs-

**LKS ACQUISITIONS, INC., et al.,**

                    **Defendants.**

**Case No. C-3-06-366**

**Judge Thomas M. Rose**

---

### ENTRY AND ORDER FINDING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' INITIAL COUNTERCLAIMS (Doc. #15) MOOT

---

The filing of Plaintiffs' First Amended Answer and Counterclaims (doc. # 29) renders Defendants' Motion To Dismiss the counterclaims in Plaintiffs' initial Answer and Counterclaims (doc. #15) MOOT.

**DONE** and **ORDERED** in Dayton, Ohio, this Eighteenth day of April, 2007.

                                                s/Thomas M. Rose

                                            THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record